IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 22-cr-30005 |
| | ) | |
| PHILLIP JENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR TEMPORARY
## GEOGRAPHIC RESTRICTIONS EXPANSION

**NOW COMES** Defendant, PHILLIP JENSEN, by and through his attorney, Daniel L. Fultz of Brown, Hay & Stephens, LLP, and for his Motion for Temporary Geographic Restrictions Expansion states as follows:

1. Defendant Jensen needs to travel to the Morton, Illinois area on March 15, 2023 for a surgery that is being performed on one of his dogs.

2. Defendant Jensen will be returning to Springfield, Illinois on March 16, 2023.

3. Counsel for Defendant Jensen has spoken with Assistant United State's Attorney Doug McMeyer, who has no objection to this request.

**WHEREFORE**, the Defendant respectfully prays that this Court grants his Motion Temporary Geographic Restrictions Expansion and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**BROWN, HAY & STEPHENS, LLP**

By:   /s/ Daniel L. Fultz
        Daniel L. Fultz
        Reg. No. 6282911
        **BROWN, HAY & STEPHENS, LLP**
        205 South Fifth Street
        P.O. Box 2459
        Springfield, IL 62705
        Telephone: (217) 544-8491
        Fax: (217) 241-1333
        E-mail:     dfultz@bhslaw.com
        cc:        mfleischli@bhslaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Douglas McMeyer
Douglas.McMeyer@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non-CM/ECF participants:

Phillip Jensen

**BROWN, HAY & STEPHENS, LLP**

By: /s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail:    dfultz@bhslaw.com
cc:        mfleischli@bhslaw.com