IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  22-cr-30005 |
| | ) | |
| PHILLIP JENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE PRETRIAL AND TRIAL SETTINGS**

**NOW COMES** Defendant, PHILLIP JENSEN, by and through his attorney, Daniel L. Fultz of Brown, Hay & Stephens, LLP, hereby states to this Honorable Court as follows, that:

1. This case is currently set for pretrial on November 7, 2023 and trial is set for December 4, 2023.

2. Counsel for Dr. Jensen is working to secure an expert witness to testify as to standards of care. Counsel has had some difficulty finding an expert who is competent to testify in this regard.

3. Counsel has spoken to Assistant United States Attorney Douglas McMeyer regarding this issue and Mr. McMeyer does not object to a continuance.

4. The parties have conferred and would be asking the Court to consider a Spring 2024 trial setting.

**WHEREFORE**, Counsel for the Defendant respectfully requests that the pretrial and trial be continued to a time convenient to the Court.

Respectfully submitted,

**BROWN, HAY & STEPHENS, LLP**

By: /s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail:   dfultz@bhslaw.com
cc:          jsisson@bhslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Douglas McMeyer
Douglas.McMeyer@usdoj.gov

Sierra Senor-Moore
sierra.senor-moore@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non-CM/ECF participants:

Phillip Jensen
5550 Chicken Bristle Road
Rochester, IL 62563

**BROWN, HAY & STEPHENS, LLP**

By: /s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail: dfultz@bhslaw.com
cc: jsisson@bhslaw.com