UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 22-CR-30005 |
| PHILLIP JENSEN, | ) ) |
| Defendant. | ) ) |

**<u>ORDER ON EXPANSION OF GEOGRAPHIC RESTRICTION</u>**

Defendant is charged by indictment with multiple counts of drug diversion (21 U.S.C. §841(a)(1)), acquiring a controlled substance by fraud (21 U.S.C. §843(a)(3)), tampering with consumer products (18 U.S.C. §1365(a)), and making false statements related to healthcare matters (18 U.S.C. §1035)) [Doc. 1]. The case is currently set to commence trial on August 19, 2024, before Judge Colleen Lawless [Minute Entry 5/21/2024].

Before this Court is defendant's request to travel outside the boundaries of this district [Doc. 57]. On May 17, 2024, the Court granted in part[1] and stayed in part the request so the Government could respond to defendant's motion [Text Order 5/17/2024]. The

---

[1] Due to the emergent timing of the travel request, the Court granted the request made on May 17, 2024, to travel from May 17-19, 2024.

Government opposes defendant's motion on the ground that defendant has moved to continue his trial eight times, four of which have been firm trial settings, and he is having difficulty in locating an expert for trial [Doc. 59]. The Government has argued the proposed travel may hinder defendant's ability to focus on the impending trial, which may lead to another request for a continuance [Doc. 59]. The Government also notes defendant has had his conditions of bond modified 17 times to travel or otherwise minimize the conditions of his release [Doc. 59]. The Court notes that although defendant has returned from all his travel, for a period of time, there were some concerns with responding promptly to the monitoring system upon which he had been placed and the relationship he had with his supervising officer in the U.S. Probation Office [April 5, 2023 proceedings]. These concerns appear to have been appropriately addressed by defendant.

The Court requested defendant provide additional information about his requested travel to, *inter alia*, Wisconsin from June 5-9, 2024 [Text Order 5/15/2024]. Defendant responded by submitting the registration information for a show dog that he co-owns with his

wife and John and Tina Bailey [Doc. 57].[2] No additional information about the proposed Wisconsin travel was provided to the Court. For instance, there is no information about who will show the dog; what assistance defendant will provide during the show; why his travel is necessary; or why any of the three other owners cannot adequately show the dog. There is nothing to indicate defendant is a judge; is a member of a committee; is assigned to any tasks affiliated with the show. Additionally, there is no specificity as to when the dog will be shown and why five days of travel is necessary for the event.

Judge Lawless has indicated the August trial date is firm and any requests for continuances will not be looked upon favorably. Because of the lack of specificity about the requested travel and the need to seriously prepare for trial, defendant's request to travel to Manitowoc, Wisconsin from June 5-9, 2024, [Doc. 57] is DENIED. ENTER: May 29, 2024.

s/Karen L McNaught
_____
KAREN L. MCNAUGHT
UNITED STATES MAGISTRATE JUDGE

---

[2]Defendant provided considerably more information about an Indiana event he sought to attend between May 17-19, 2024, for which the Court granted defendant permission to travel.